**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 99-7329**

—————

RAYMOND HAROLD MAHONEY,

                              Petitioner - Appellant,

        versus

LONNIE SAUNDERS,

                              Respondent - Appellee.

—————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CA-98-634-7)

—————

Submitted:  February 24, 2000          Decided:  March 3, 2000

—————

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

—————

Dismissed by unpublished per curiam opinion.

—————

Raymond Harold Mahoney, Appellant Pro Se.  Donald Eldridge Jeffrey, III, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Raymond Harold Mahoney appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Mahoney v. Saunders</u>, No. CA-98-634-7 (W.D. Va. Aug. 28, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2